# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-43(2) |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| JAMARCUS BROWN, | : | |
| Defendant. | : | |

## DETAINER ORDER

This matter is before the Court upon the Government's request for a detainer order. At the Initial Appearance/Arraignment on May 9, 2024, Defendant, represented by counsel, indicated that he did not object to the Government's request. Moreover, Defendant waived his right to a detention hearing under 18 U.S.C. § 3142(f).

Accordingly, the Government's request for a detainer is hereby **GRANTED**. It is the order of this Court that upon Defendant's release from state custody, and after the state proceedings are complete, up to and including serving any state sentence that may be imposed, the Defendant is to be returned to the custody of the United States Marshal Service for further proceedings with this Court.

**IT IS SO ORDERED.**

May 14, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge